IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 05-mj-00721-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREW J. HAGAN,

    Defendant.

## ORDER

The Government, having filed an Information in this matter, the warrant previously entered on October 6, 2005 on violation notice # L076618 is hereby quashed and warrant on the Information is ordered issued.

DATED this 30th day of January, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge