IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Case No.: 05-mj-00721-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW J. HAGAN,

    Defendant.

---

### ORDER TO APPEAR

---

IT IS HEREBY ORDERED that the Defendant ANDREW J. HAGAN is ordered to appear before the United States District Court, 400 Rood Avenue, Courtroom 323, Grand Junction, Colorado on **January 15, 2008 at 10:00 a.m.**

Dated this 03rd day of December, 2007.

BY THE COURT:

*(signed)* Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge

## Certificate of Mailing

I hereby certify that on December 03, 2007, a true and correct copy of the foregoing Order to Appear was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Wyatt Angelo  
Assistant United States Attorney  
400 Rood Avenue, Suite 220  
Grand Junction, CO 81502

Andrew J. Hagan  
2832 N. Locust Avenue  
Denton, TX 76201  
940.206.4203

*Hand Delivered*

*U.S. Mail*

By: _____  
Assistant to Magistrate Judge